**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

FEB 1 5 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ANTHONY ANTONIO MARTIN,　)
　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　)
　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　)　　　　Civil Action No. 10-1957
　　　　　　　　　　　　　　)
D.C. JAIL, *et al.*,　　　　)
　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　)

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed. Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. 28 U.S.C. § 1915. To date, plaintiff has not submitted the required information. Accordingly, the Court will deny his application to proceed *in forma pauperis* and will dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

DATE: Feb. 10, 2011

　　　　　　　　　　　　　　Colleen Kollar-Kotelly
　　　　　　　　　　　　　　United States District Judge